IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ujc D.C.

05 DEC -9 PM 5: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

 Plaintiff,

VS.            NO. 03-2168-MaV

McKESSON CORPORATION,

 Defendant.

### ORDER OF DISMISSAL

On September 16, 2004, the court entered an order closing this case administratively. The order stated that the court would retain jurisdiction over the parties for a period of thirteen months from September 14, 2004, the date of entry of the Consent Decree, for purposes of enforcement. Thirteen months have passed and the court deems it appropriate that this matter be dismissed at this time.

It is so ORDERED this 8th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02168 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Timothy M. Threadgill
BUTLER SNOW O'MARA STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225--256

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT